UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


CHRISTOPHER JOHNSON,

               Plaintiff,

   v.

EVANS et al,

               Defendant.

_____/

Case Number: CV07-05766 WHA

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 12, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Christopher Johnson
#E-65821/ D2-129
Salinas Valley State Prison
PO Box 1050
Soledad, CA 93960

Dated: December 12, 2007

                            Richard W. Wieking, Clerk
                            By: D. Toland, Deputy Clerk