IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOHNSON, | No. C 07-5766 WHA (PR) |
| Petitioner, | **ORDER EXTENDING TIME TO SHOW CAUSE** |
| vs. | |
| Warden EVANS, | |
| Respondent. | |

This is a habeas case filed pro se by a state prisoner. In the initial review order the Court noted that two of petitioner's six issues appeared not to have been exhausted and ordered him to show cause why the petition should not be treated as mixed. He was told that if he were to concede that the petition is mixed he should say which of three options he wished to elect, (1) dismissing the petition with an eye to exhausting and then filing a new petition containing all claims; or (2) amending to delete the unexhausted claim and proceeding with the exhausted one; or (3) asking for a stay to allow exhaustion, and if he were to elect option three, addressing the *Rhines* requirements. *See Rhines v. Webber*, 544 U.S. 269, 277 (2005). Petitioner has instead filed a document captioned "Request for Appointment of Counsel and Declaration of Indigency, Supplemental Memorandum in Support of Petition and Declaration for Appointment of Counsel." In it he does not attempt to show cause why the petition should not be dismissed as mixed.

///

United States District Court
For the Northern District of California

1  The Sixth Amendment's right to counsel does not apply in habeas corpus actions.
2  *Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir.), *cert. denied*, 479 U.S. 867 (1986).
3  However, 18 U.S.C. § 3006A(a)(2)(B) authorizes a district court to appoint counsel to represent
4  a habeas petitioner whenever "the court determines that the interests of justice so require and
5  such person is financially unable to obtain representation."

6  Petitioner has not yet even presented a cognizable petition, and although the procedural
7  posture at this point is complex, the Court has carefully explained petitioner's options in simple
8  terms. The Court determines that the interests of justice do not require appointment of counsel
9  at this stage of the case. The motion for appointment of counsel (document number 7 on the
10 docket) is **DENIED**. The time for petitioner to respond to the order to show cause is **EXTENDED**
11 to a date thirty days from the date this order is entered. If petitioner does not show cause why
12 the petition should not be treated as mixed, the petition will be dismissed.

13 **IT IS SO ORDERED.**

15 Dated: January __22__, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

28 G:\PRO-SE\WHA\HC.07\JOHNSON5766.OSC-P-EXT.wpd

2