1 MR. CHRISTOPHER JOHNSON
2 SALINAS VALLEY STATE PRISON
3 #E65821 - D2-129 (CTC#4)
4 P.O. BOX 1050
5 SOLEDAD, CA. 93960



FILED
08 FEB -4 PM 2:49
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6
7 IN THE UNITED STATES DISTRICT COURT
8 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 CHRISTOPHER JOHNSON,                NO. C 07- 5766 WHA (PR)
11            PETITIONER,              RESPONSE - TRAVERSE TO ORDER
12     VS                             EXTENDING TIME TO
13 WARDEN EVANS, ET AL.               SHOW CAUSE
14            RESPONDENTS,
15    THIS WAS INITIALLY A HABEAS CORPUS WHICH PETITIONER FILED.
16 IN THE INITIAL REVIEW THE COURTS OPTION WAS TO ORDER PETITIONER
17 TO BETTER EXPLAIN GROUNDS #5 & #6 AS THE MATTERS DEAL WITH
18 "GROSS GOVERNMENT MISCONDUCT" AND IS A PRESIDENTING CASE
19 WHICH SHOWS OVERWHELMING EVIDENCE OF A COMPLETE MISCARRIAGE
20 AGAINST PETITIONER CHRISTOPHER JOHNSON. WHEREAS THIS MISCARRIAGE
21 OF JUSTICE - CHRISTOPHER JOHNSON PETITIONER FELT IT FRIVILOUS
22 TO CONCEDE AND STIPULATED TO A PETITION FOR WRIT OF MANDATE/
23 MANDAMUS FOR PROHIBITION REQUESTING THAT "RICO ACT CHARGES"
24 BE FILED AS THE GOVERNMENT HAS CREATED A DURESS PER MINUS
25 / FALSE IMPRISONMENT CLAIM - BY A CONTINUAL DENIAL OF EQUAL
26 PROTECTION AND MOST OF HIS FEDERALLY FUNDAMENTAL GUARANTEED
27 RIGHTS. HOW? FAILING TO RECOGNIZE CHRISTOPHER JOHNSON'S
28 KEEPER OF THE SEAL STATUS ESAR HADDON NEW ADMINISTRATION,

1

1  IN AROGANCE AND NON CHALANCE — DEBORAH DOWNS HAS REFUSED
2  TO CONCLUDE IT'S CIA & FBI INVESTIGATION — STOLEN LEGAL MAIL,
3  PACKAGES, PERSONAL MAIL, STAMPS, MONEY ORDERS & APPLIANCES OTHER
4  LEGAL PROPERTIES STOLEN FROM ME. WRONGFULLY UTILIZED NASA TO
5  CAUSE MEDICAL, SCIENTIFIC, PSYCHOLOGICAL TORTURE WHICH IS ALSO
6  TANTAMOUNT TO RAPE VIA NANOGEN TECHNOLOGIES BY THE GUARDS
7  AND INMATES SHE USES.' SHE FURTHER EXTENDED AND CAUSED
8  THIS INVESTIGATION BY GOV'T PRIVATE INVESTIGATOR MICHELLE GANDY
9  WHICH ALSO TORTURES ME WHICH WAS THE BASIS OF MY FIRST RICO
10  AND FEDERAL 1983 CIVIL ACTION WHICH SHE USED HER GOV'T. JOB TO
11  STEAL — FABRICATE MY WRITTEN RELEASE — THEN USED MY SIGNATURE
12  PLACE ME ON THE INTERNET — WITH CAMERAS IN MY EYES WHILE IN A
13  LEVEL 4 PRISON FACILITY. I'VE EXPLAINED TO MY APPEAL LAWYER &
14  NOT ONLY DID HE REFUSE TO FOLLOW-UP, HE COMPLETELY AVOIDED THE
15  ISSUE DURING CORRESPONDENCE & NEVER VISITED. I AM BEING
16  USED AS AN GOV'T. WORKS EXPERIEMENT WHERE PEOPLE FROM THE
17  PUBLIC COME & WATCH "TOTAL RECALL" MISREPRESENTATIONS WHILE
18  MS. GANDY, DR. DOWNS, AND S. PLAZA PROFITS OFF CYBER-SEXUAL
19  ENCOUNTERS WHILE SELLING MY SPERM, BLOOD & DNA + PAIN MEDICINE,
20  THEY FURTHER SELL CRACK, WEED, ALCOHOL, CREDIT CARD NUMBERS,
21  BABIES, EMBRYO'S, BOGUS CHECKS, FAKE DRIVER'S LISCENCE &
22  OTHER PHARMA CUEDICAL MEDICAL RESOURCES: PILLS, MORPHINE, DEMOROL
23  TYLENOL #3, VICODINE, ECT. THEY TRICK PEOPLE INTO THINKING THAT
24  I'M A BAD PERSON — WHILE STAGING RAPES, PRISON GUARD ABUSE &
25  EVERYTHING FROM ARSON, RAPE, EXTORTION, GAMBLING, RACKETEERING
26  TO MURDER FOR HIRE, GENOCIDE, SLAVERY, BREECH OF MILITARY
27  PROTOCOL, VIOLATION OF THE AMERICAN'S W/ DISABILITIES ACT, THE
28  UNITED NATIONS PEACE AGREEMENT & ARTICLES OF THE COVENANT

1 REGARDING INHUMANE TREATMENT of PRISONERS - SPECIFICALLY
2 TORTURE, THE RIGHT TO BE FREE FROM CRUEL & UNUSUAL PUNISHMENT
3 EXPERIMENTED UPON MEDICALLY, PSYCHOLOGICALLY, SCIENTIFICALLY, AND
4 WHILE STEALING MY SPERM, BLOOD, & DNA IN VIOLATION OF THE TRADE'S
5 AND PATENT ACT - THEY SELL IT AND MY NARCOTIC PAIN MEDICATION
6 TYLENOL #3 ALL THE WHILE TORTURING MY BACK, HIPS, LEG & KNEES.
7 SOME OF MY FAMILY: JOHNNY R. JOHNSON, ELIZA JACKSON, & CARRIE
8 OLA THOMAS - POSSIBLY OTHERS HAVE BEEN KILLED TO KEEP ME ON
9 THE INTERNET & KEEP OTHERS QUIET.

10 THIS IS ALL GOVERNMENT MISCONDUCT - SO GROSS TO THE POINT
11 DEBORAH DOWNS USES A NUCLEAR WAR DEVICE - SATILITE TO TRACK &
12 KILL UN. RELIEF GUARDS, KIM JUNG YIL, BORIS YELTSIN, & FIDEL CASTRO
13 EVEN MY GRANDMOTHER A DEVOUT JEHOVAH'S WITNESS CARRIE OLA THOMAS
14 NUCLEAR LASER KILLED ALSO. THEY GIVE THE PUBLIC NANOGEN RAT
15 EGGS LACED WITH NUCLEAR POISON FROM "PLAZA" IN THE GOVT. "PEEP
16 SHOW" - MICHELLE GANDY CUT OFF THE HEAD OF MY FATHER JOHNNY
17 R. JOHNSON - THERE'S NO PROBABLE CAUSE FOR THE GOVERNMENT TO
18 CONTINUE IT'S INVESTIGATION WHEN SHE PULLED THE "TRIGGER" OF THE
19 NUCLEAR LASER ASSAULT ON CARRIE OLA THOMAS & POISONED MY OTHER
20 GRANDPARENT ELIZA JACKSON.

21 PETITIONER DOESN'T EXPECT THE COURTS SYMPHATHY BUT IN THE
22 INTEREST OF JUSTICE ~~~~~~ TAKE JUDICIAL NOTICE THAT THE
23 ONLY THING CHRISTOPHER JOHNSON EXPECTS IS A "STAY OF EXECUTION"
24 OR ROBES OF STATE W/ SIGNATE RING, ESAR HADDON STATUS &
25 "KEEPER OF THE SEAL. PRIME DIRECTIVE FEDERAL EMERGENCY
26 JAXA PROGRAM REVIEW INTIATION - PEGASUS PROJECT" - IMMEDIATE
27 "SAFETY NET" PROVIDED AS PER JEHOVAH GOD JESUS CHRIST ESAR HADDON
28 FEDERAL DIRECTIVE.

* NOTE PETITIONER FILED FOR WRIT OF MANDATE FOR PROHIBITION OVER 28 DAYS AGO NO RESPONSE FOR A "REQUEST TO CONSOLIDATE THE MATTER W/ 5766" NO RESPONSE NO COPY STAMPED FILED - MAIL MAY HAVE BEEN STOLEN?

3.

1   IN CONCLUSION, THE CLAIM IN THE INTEREST of FAIRNESS & JUSTICE
2   CONSIDER THE ENTIRE MATTER "EXHAUSTED" PER HC-5457 FILED IN
3   (#5257?) BECAUSE THIS IS A HIGH CONFIDENTIAL CLASSIFIED MATTER THAT
4   PERTAINS TO AN OVERDUE CIA & FBI INVESTIGATION. THE STATE COURT
5   HAS NO JURISDICTION TO PROVIDE RELIEF TO MATTERS of IMPORTANCE of
6   THIS MAGNITUDE. THIS IS FEDERAL CONCERNS : MESOPOTAMIA
7   ME·PHIBO·SHETH SHIBBOLETH PER ESARHADDON FEDERAL DIRECTIVE.
8   PRESENTLY, STAFF AT THIS FACILITY KEEPS CONTAMINATING MY FOOD,
9   I'M GIVEN HEART ATTACKS, CHEST PAINS, I'VE BEEN WRONGFULLY
10  BEATEN & PEPPER SPRAYED, ALSO BEATEN WHILE IN MY WHEEL CHAIR
11  WITH HANDCUFFS & LEG RESTRAINTS, THEN MADE TO WAIT IN AD-SEG
12  WHILE BEING TORTURED BY MY PRIVATE INVESTIGATOR - INTERNALLY STABBED
13  WITH NANO PROBES (STOMACH) FOR CONTINUAL BLOOD AND IT SEEMS
14  COMPLAINING TO SACRAMENTO OR PSYCHOLOGICAL STAFF DR. NORM,
15  DR. WEINSTOCK & DR. GUMP ONLY LEADS TO FORCED INVOLUNTARY
16  MEDICINE KNOWN AS KEYHEA'd FOR BEING HONEST OR THREATS of
17  BEING KEYHEA'd THIS IS TOTALLY A ████████ PSYCHIATRIC MALPRACTICE
18  ILLEGITAMATE ATTEMPTS TO DISARM PETITIONERS "RICO ACT" CLAIMS
19  DR. DOWNS BRIBES HER COLLEAGUES AND JUDGES. THAT'S WHY I'M
20  FACED WITH CONTINUAL HARASSMENT BY STAFF - "WILL YOU GET ME OFF
21  THE INTERNET?" 3 PLUS YEARS of AD-SEG CONFINEMENT / TORTURE IS
22  ENOUGH. AND THE MATTERS EXPLAINING ME BEING OVERDUE WAS SENT
23  TO THE COURT DECEMBER 25TH 2007 IN WRIT OF MANDATE FOR PROHIBI-
24  TION NO RESPONSE NO COPY STAMPED FILED - I'M BEING RAPED - LIFE
25  IS IN IMMEDIATE CLEAR AND PRESENT DANGER FROM THE MEN of ANATHOUTH
26  & NINEVEH. FEDERAL EMERGENCY! I ██ CHRISTOPHER JOHNSON DO
27  DECLARE UNDER PENALTY of PERJURY THAT THE FOREGOING IS TRUE AND
28  CORRECT ON THIS JAN 30TH DAY of YEAR of 2008 AT S.V.S.P. IN SOLEDAD
2   CALIFORNIA.

Mr. Christopher Johnson

4.   MR. CHRISTOPHER JOHNSON