June 30, 2008

U.S. District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, Ca. 94102

IN RE: CV-07-5766 & CV-07-6000

Dear Court Clerk,

I am writing to you concerning a Writ of MANDATE FOR PROHIBITION FILED AS CV-07-6000 & A MOTION TO Consolidate which was CV-07-5766, FILED on or About DEC. 25TH 2008, in William Alsup's Courtroom. From my understanding he only had 30 Days to reply!

Can you assist me with Recieving a Legal <u>Summary Sheet</u>? Are there time limits on answering motions for Appt. of Counsel? Mines was filed over 3 months ago & My direct appeal is unanswered - Although I requested to have "Expedited Consideration", due to their being a "Federal Emergency" yet im still no response. Can you let me know what the <u>Status Quo</u> is on both these matters? Because I haven't heard from the Court or Alsup!? I'm wondering if he fell off The Earth or not because this is an unusually long time to receive a reply.

Thank You Very Much for your Time & Assistance! By the way Can you forward me a <u>Rules of Fed. Procedure</u>? (Fed Ct.)

Respectfully Conveyed,

C J

RETURN TO:
MR. CHRISTOPHER JOHNSON
SALINAS VALLEY STATE PRISON
#E65821 - D1-105
P.O. Box 1050
Soledad, Ca. 93960

ORIGINAL FILED
JUL - 2 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



Mr. Christopher Johnson
Salinas Valley State Prison
#E65821    D1-105
P.O. Box 1050
Soledad, Ca. 93960

STATE PRISON
GENERATED MAIL

Legal

Northern Dist. of California
U.S. District Court
450 Golden Gate Ave
San Francisco, Ca. 94102
LEGAL MAIL ONLY

CONFIDENTIAL