August 12, 2008

U.S. District Court, Office of the Clerk
Northern District of California
450 Golden Gate Avenue
San Francisco, Ca. 94102

FILED
AUG 1 9 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

766 WHA

Dear Court Clerk,

I am writing to you regarding "Prison Conditions" and the Writ of Mandate Prohibition that I filed on or about 12/25/07.

#1 The Courts misconscrewed - somehow and incorrectly labeled it as Habeas Corpus - It is a Petition For Writ of Mandamus pursuant to 18 U.S.C. § 3771 (d)(3) according to Ninth Circuit Rule 27-3. At the time, in which I filed I was undergoing Overwhelming Torture & Unduly amounts of Stress: MAIL, LEGAL MAIL, Packages, $ Orders, No visits, Canteen or normal Hygeine needs All denied because of Sabrina Plaza, Michelle Handy, Rene Syler, Trotter and Taylor were circumventing my meaningful access to Courts.

These individuals have utilized phoney/fabricated documents "Power of Attorney" and "Confidentiality Release" w/ "ESAR HADDON" Papers to Steal Inheritances, Property and various other things relating to Conglomerates. These individuals have me illegally on the Internet, without my consent I don't know what to do because they manipulate staff, not to assist me with medical care and as I mentioned above normal amenities/priviledges Afforded to other incarcerated individuals. So basically I'm negatively portrayed on the internet as a "Homosexual" "Child-Molestor" and "Negative Disfigurements" of myself A. Jehovah's witness. The "Total Recall" movie transmissions are being shown at S.V.S.P. - I'm at C.M.F - still not receiving adequate medical care - it is substandard at best and Sabrina Plaza makes sure that I undergo negative MISTREATMENT while here. For Example, on or about August 10, 2008,

* The 28 Time limit has expired, Pursuant to Rules of Court.

1.

Pg #2 cont.

— myself and my roommate, MACK WEST F60029 were in our cell — I was Extremely ~~xxxxxxxx~~ Disgusted with being Threatened by C/o Lassiter. I am experiencing Inappropriate and Inadequate medical care because of my Bad lower back condition I could not / cannot walk or Even stand. I asked C/o Lassiter can he ask The nurse to bring my pain medication to the cell door Tylenol #3.

Officer Lassiter refused to do so and address a Verbal Terrorist threat toward me and my cell mate. He said: "You guys always come in here with an arrogant attitude Thinking you Run shit! Or got SHIT COMING! He said that "I'll personally see to it" and if "I have to put my life on the line" to get us moved (out of the building) He had a grimacing psychotic look as if he wanted to Kill me. He reiterated that my cellmate could be a witness! "My name is Lassiter and you can use the 602 system it won't do NO GOOD — Because I'll get you out of here". I Asked was it a Threat he said "yes!" He was implying that he would retaliate against the both of us for trying to utilize the Appeal process! I think that the problem stems from — Sabrina Plaza! (At S.V.S.P.)

I told C/o Lassiter that I did not want any problems I am in a wheelchair suffering from a debilitating back injury and I am in Excruciating pain. I am afraid for my Safety from him as well as his co-partners c/o Allendee or others maybe in Conspiracy to take reprisals against me.

Again, I don't know what to do and I am indicating for the record — regarding GROSS GOVT. MISCONDUCT it was alledged in #C07-6000 & #C07-5766 — if the Courts can't or will not assist me in this matter — #C07-6000 may be TERMINATED REGARDING THE RICO ACT INVESTIGATION PER MEPHIBOSHETH ESARHADDON JEHOVAH-JIREH FEDERAL DIRECTIVE   Mr. C. Johnson

2.

Mr. Christopher Johnson
California Med. Facility
#E65821 - L2-205
P.O. Box 2500
Vacaville, Ca. 95696-2500

Legal Mail

CA MEDICAL FACILITY

FIRST CLASS

UNITED STATES POSTAGE
02 1M
0004225987
MAILED FROM ZIP CODE 95687
PITNEY BOWES
$ 00.42⁰
AUG 16 2008

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, Ca. 94102

LEGAL MAIL ONLY

9410230661 0004



pro se



Case 3:07-cv-05766-WHA    Document 13    Filed 08/19/2008    Page 4 of 4