FILED

JAN 22 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| In re: CHRISTOPHER JOHNSON. | No. 08-74651 |
|---|---|
| CHRISTOPHER JOHNSON,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO),<br><br>Respondent,<br><br>EVANS, Warden,<br><br>Real Party in Interest. | D.C. No. 3:07-cv-05766-WHA<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: O'SCANNLAIN, SILVERMAN and BYBEE, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

nmg/MOATT